# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Benjamin Montgomery and Brandon Haugen, *Plaintiff* <br> v. <br> LINCARE HOLDING, INC. *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:21-CV-0151-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is hereby DISMISSED, with prejudice as to Relator, and with prejudice as to the United States to the extent of the Covered Conduct as defined in the Settlement Agreement between the Parties, and otherwise without prejudice as to the United States only. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

upon the filing of Plaintiffs' Notice of Dismissal (ECF No. 17).

Date: August 28, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry